(111 So. 898)

### J. C. LANDERS v. E. H. MOORE et al.
(4 Div. 325.)

(Supreme Court of Alabama.    March 24, 1927.)

Certiorari to Court of Appeals.

Rushton, Crenshaw & Rushton, of Montgomery, for petitioner.

Frank B. Bricken, of Luverne, and Powell & Hamilton, of Greenville, opposed.

THOMAS, J.   Petition of J. C. Landers for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Landers v. Moore, 111 So. 898.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.